# UNITED STATES DISTRICT COURT
## Eastern District of Missouri

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | **(For a Petty Offense)** - Short Form |
| MICHAEL PATTERSON | CASE NUMBER: 4:08CR305 TCM |

**THE DEFENDANT:**

Steven Sokolik
Defendant's Attorney

☒ pleaded guilty to count(s) One of the Information on September 19, 2008

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 Code of Federal Regulations, Section 4.23(a)(1) | DUI/ Refusal | October 28, 2007 | ONE |

☒ Count(s) Two of the Information is dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

|  | Assessment | Fine |
|---|---|---|
| Count One | $10.00 | $2,500.00 |
| Totals: | $10.00 | $2,500.00 |

Fine of $2,500.00 due in total within 90 days.

| | |
|---|---|
| Defendants Soc. Sec. No. 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 | September 19, 2008 |
| Defendant's Date of Birth. October 5, 1979 | Date of Imposition of Judgment |
| Defendant's USM No.: | Signature of Judicial Officer |
| Defendant's Residence Address: 3036 Kentucky Road Barnhart, MO 63012 | THOMAS C. MUMMERT UNITED STATES MAGISTRATE JUDGE Name and Title of Judicial Officer |
| Defendant's Mailing Address. 3036 Kentucky Road Barnhart, MO 63012 | September 19, 2008 Date |

Record No.: 243